# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Vaala, Tamella Vaala, )<br> )<br>      Plaintiffs, )<br> )<br>vs. )<br> )<br>DTA Logistics, LLC, John R. Rasmussen, )<br> )<br>      Defendants. ) | **ORDER**<br><br>Case No. 1-16-cv-71 |

Before the Court is the parties' "Stipulation of Dismissal with Prejudice" filed on April 19, 2017. (Doc. No. 31). The Court **ADOPTS** the stipulation (Doc. No. 31) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2017.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court